

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00431-CV

Jim R. **LONG,** individually and as general partner of Long Properties LTD.
and R.L. Owens,
Appellants

v.

Jerlean Gohmert **THEIS** and Kenneth Theis,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 09-10-48435-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  August 21, 2013

DISMISSED

The parties have filed a joint motion to dismiss this appeal due to settlement.  We grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM